HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Bruce S. Etterman, Esq.
Attorneys for Debtor/Debtor-in-Possession
Bulk Express Logistics, Inc.
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>BULK EXPRESS LOGISTICS, INC. and ROBERT A. LOMBARD, JR., and CHARLENE M. BARNETT-LOMBARD,<br><br>Debtor. | Administratively Consolidated Under Case No. 17-24308<br><br>Judge: Christine M. Gravelle<br><br>Chapter 11<br><br>Hearing Date: October 30, 2018<br>            at 10:00 a.m. |
|---|---|

NOTICE OF DEBTOR/DEBTOR-IN-POSSESSION BULK EXPRESS LOGISTICS, INC.'S MOTION FOR AN ORDER AUTHORIZING DEBTOR'S SALE OF A 2006 PETERBILT TRUCK

TO:    All Parties-in-Interest on Accompanying Certification of Service

PLEASE TAKE NOTICE that on October 30, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard, Bulk Express Logistics, Inc., Debtor/Debtor-in-Possession (the "Debtor"), by and through its counsel, Hellring Lindeman Goldstein & Siegal LLP, will move before Hon. Christine M. Gravelle, at the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey, for entry of an Order authorizing the Debtor to sell the 2006 Peterbilt truck with VIN 1XP5DU9X36N631871.

PLEASE TAKE FURTHER NOTICE that in support of the within motion the undersigned shall rely upon the accompanying Certification of Robert Lombard.

PLEASE TAKE FURTHER NOTICE that, pursuant to 9013-2(a) and 9013-3(d) of the Local Rules of Bankruptcy Practice, this Motion shall be deemed uncontested unless

responding papers are filed and served seven (7) days in advance of the scheduled hearing date in accordance with the Local Bankruptcy Rules.

**If you do not oppose the relief requested, no response or appearance is required.**

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Debtor/Debtor-in-Possession
Bulk Express Logistics, Inc.

By: /s/ Bruce S. Etterman
BRUCE S. ETTERMAN
A Member of the Firm

Dated: October 2, 2018